SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br><br>    Plaintiff, <br><br>    vs. <br><br> The Canfield Company, et al, <br><br>    Defendants | Case No. **2:09-cv-03019-WBS-EFB** <br><br> **PLAINTIFF'S REQUEST AND PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** <br><br> Status Conference: April 5, 2010 <br> Time: 2:00 pm <br> Courtroom: 5 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from April 5, 2010 to May 17, 2010. Plaintiff filed a First Amended Complaint on February 24, 2010, which removed the old property owners and replaced with the correct property owners, Ronald A. Egenes and Kathleen L. Egenes.   Plaintiff received the summons for these

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS

CONFERENCE

CIV: S-09-cv-03019-WBS-EFB - 1

1  Defendants on March 4, 2010.  A continuance to May 17, 2010
2  for the status conference will give the Defendants ample
3  time to answer Plaintiff's First Amended Complaint.

5  Dated:  March 4, 2010            /s/Scott N. Johnson _____
6                                   Scott N. Johnson,
7                                   Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to May 17, 2010 at 2:00 p.m.  A Joint Status Report shall be filed no later than May 3, 2010.

Date:  March 4, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-09-cv-03019-WBS-EFB - 2