```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>The Canfield Company, et al,<br><br>　　　　Defendants | Case No. **2:09-cv-03019-WBS-EFB**<br><br>**PLAINTIFF'S REQUEST AND ~~PROPOSED~~ ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: May 17, 2010<br>Time: 2:00 pm<br>Courtroom: 5 |

　　　　Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from May 17, 2010 to June 14, 2010. Plaintiff filed a First Amended Complaint on February 24, 2010, which removed the old property owners and replaced with the correct property owners, Ronald A. Egenes and Kathleen L. Egenes. Plaintiff received the summons for these Defendants on March 4, 2010. Defendants were served on

April 11, 2010; the 20 day period to file an answer would end on May 3, 2010.  A continuance to June 14, 2010 for the status conference will give the Defendants ample time to answer Plaintiff's First Amended Complaint and participate in the completion of a Joint Status Conference Statement.

Dated:  April 28, 2010          /s/Scott N. Johnson ____

                                    Scott N. Johnson,

                                    Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to June 14, 2010.

Date:  April 29, 2010

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-09-cv-03019-WBS-EFB - 2